IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-CV-02523-RBJ-CBS

BRITTANY THURMAN,

Plaintiff,

v.

Deputy ARTHUR PETERSON, individually and in his capacity as a paid peace officer and as an
Employee and/or agent of the Jefferson County Sheriff's Office, Jefferson County, and the
Jefferson County Auto Theft Task Force;
Sergeant DAVID HOOVER, individually and in his capacity as a paid peace officer and as an
Employee and/or agent of the Lakewood Police Department, the City of Lakewood and the
Jefferson County Auto Theft Task Force;
JEFFERSON COUNTY SHERIFF'S OFFICE in its capacity as the Employer of Deputy Arthur
Peterson, as an agent and/or independent contractor for Jefferson County and/or as an agent,
independent contractor/or employer of the Jefferson County Auto Theft Task Force;
JEFFERSON COUNTY in its capacity as the employer of Deputy Arthur Peterson, as a
governmental entity, and/or as an agent, independent contractor or employer of the Jefferson
County Auto Theft Task Force;
LAKEWOOD POLICE DEPARTMENT, in its capacity as the employer of Sergeant David
Hoover, and as an agent and/or independent contractor of the City of Lakewood and the
Jefferson County Auto Theft Task Force;
CITY OF LAKEWOOD, in its capacity as the employer of Sergeant David Hoover, as a
governmental entity and as an agent/or employer of the Jefferson County Auto Theft Task Force;
JEFFERSON COUNTY AUTO THEFT TASK FORCE, in its capacity as a governmental entity
and as the employer of Arthur Peterson, and David Hoover;
THE STATE OF COLORADO, in its capacity as a governmental entity and employer of the
Jefferson County Auto Theft Task Force;
JOHN DOES 1-10, whose names and identities and culpability in the instant matter are yet
unknown, individually and in their capacity as governmental officers or employees; peace
officers; and/or agents of the Jefferson County Sheriff's Office; the Lakewood Police
Department; the City of Lakewood, the Jefferson County Auto Theft Task Force and/or the State
of Colorado,

Defendants.

---

ORDER OF RECUSAL

---

I hereby recuse myself from further participation in this case and ask that it be reassigned to another judge.  I see that I entered an order granting an unopposed motion for an extension of time earlier in the case.  However, until I read the matters presently pending it did not sink in as to what this case involves.  As a judge in Jefferson County I learned that Deputy Peterson had been injured in the incident that is the subject of this case.  I wrote a letter to him wishing him a full recovery, and received a letter from him in response.  To avoid any concern that I might be biased, I think the better course is to disqualify myself.

DATED this 5th day of January, 2012.


BY THE COURT:

_____

R. Brooke Jackson
United States District Judge