IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-02523-REB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 1, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

BRITTANY THURMAN,   Kimberly Everette

    Plaintiff,

v.

ARTHUR PETERSON, et al.,   Writer Mott
    Gillian Dale
    Amy Christine Colony

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in Session:   11:04 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Joint Motion to Stay Pending Outcome of Plaintiff's State Criminal Charges (Docket No. 18, filed on 12/16/2011) and Unopposed Motion for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, (also filed on behalf of Jefferson County Deputy Sheriff Arthur Peterson, Jefferson County Sheriff's Office, Jefferson County, and Jefferson County Auto Theft Task Force) (Docket No. 20, filed on 1/4/2012).

**ORDERED:**   The court **GRANTS** Joint Motion to Stay Pending Outcome of Plaintiff's State Criminal Charges  (Docket No. 18, filed on 12/16/2011).  The court will stay these proceeding pending the outcome of the state criminal trial (not addressing any appeals that may be filed).  If in fact the trial is vacated and reset for some date after March 5, 2012 (and is set out for a considerable amount of time), the plaintiff may ask the court for reconsideration regarding the matter of the stay.  If the trial goes forward, counsel will need to put together a telephonic conference call and contact

        Magistrate Judge Shaffer's chambers at (303) 844-2117 within 72 hours of a jury verdict in the state criminal case.

**ORDERED:** The court **GRANTS** Unopposed Motion for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, (also filed on behalf of Jefferson County Deputy Sheriff Arthur Peterson, Jefferson County Sheriff's Office, Jefferson County, and Jefferson County Auto Theft Task Force) (Docket No. 20, filed on 1/4/2012). On the assumption that the trial goes forward on March 5, 2012 the defendants will be required to file answers (or otherwise respond to the complaint) within 14 calendar days of a jury verdict in the state criminal case. The court will re-evaluate the motion for extension of time if the trial is vacated (and looks like it will not move forward for a considerable amount of time).

HEARING CONCLUDED.

**Court in recess**:    **11:18 a.m.**
Total time in court:   00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.