IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-02523-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: July 20, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                          *Counsel:*

BRITTANY THURMAN,                                  Kimberly Patrice Everette

    Plaintiff,

v.

ARTHUR PETERSON, *et al*.,                         Writer Mott
                                                                               Gillian Dale
                                                                               Amy Christine Colony

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      10:39 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's Third STATUS REPORT (Docket No. 38, filed on 7/19/2012), the defendant's MOTION to Dismiss #1 Complaint (Docket No. 25, filed on 1/6/2012), and the defendant's MOTION to Dismiss (Docket No. 26, filed on 1/6/2012).

Discussion regarding the motions to dismiss and the responses that still need to be filed for those motions.

Discussion regarding the pending criminal case which has been set for trial and how the ruling in that criminal case impacts this case.

Discussion between the court and defense counsel regarding withdrawing their pending motions to dismiss.  The court advises that these motions can be withdrawn at this time and re-filed once the criminal trial has concluded.

**ORDERED:** The defendant's MOTION to Dismiss #1 Complaint (Docket No. 25, filed on 1/6/2012), and the defendant's MOTION to Dismiss (Docket No. 26, filed on 1/6/2012) shall be **WITHDRAWN without prejudice**.

**ORDERED:** A telephonic Status Conference is set for **October 29, 2012 at 10:00 a.m.** at which time the parties shall be prepared to come up with a plan on how to get this case moving forward.

The court instructs the parties to contact Magistrate Judge Shaffer's chambers (303.844.2117) within 72 hours of the completion of the criminal trial if it is before the October 29, 2012 status conference date.

HEARING CONCLUDED.

**Court in recess:** **10:53 a.m.**
Total time in court:   00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.