**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02523-REB-CBS

BRITTANY THURMAN,

    Plaintiff,

v.

DEPUTY ARTHUR PETERSON, individually and in his capacity as a paid peace officer and as an Employee and/or agent of the Jefferson County Sheriff's Office, Jefferson County, and the Jefferson County Auto Theft Task Force,

SERGEANT DAVID HOOVER, individually and in his capacity as a paid peace officer and as an Employee and/or agent of the Jefferson County Sheriff's Office, Jefferson County, and the Jefferson County Auto Theft Task Force,

JEFFERSON COUNTY SHERIFF'S OFFICE, in its capacity as the Employer of Deputy Arthur Peterson, as an agent and/or independent contractor for Jefferson County and/or as an agent, independent contractor/or employer of the Jefferson County Auto Theft Task Force,

JEFFERSON COUNTY in its capacity as the employer of Deputy Arthur Peterson, as a governmental entity, and/or as an agent, independent contractor or employer of the Jefferson County Auto Theft Task Force,

LAKEWOOD POLICE DEPARTMENT, in its capacity as the employer of Sergeant David Hoover, and as an agent and/or independent contractor or the City of Lakewood and the Jefferson County Auto Theft Task Force,

CITY OF LAKEWOOD, in its capacity as the employer of Sergeant David Hoover, as a governmental entity and as an agent/or employer of the Jefferson County Auto Theft Task Force,

JEFFERSON COUNTY AUTO THEFT TASK FORCE, in its capacity as a governmental entity and as the employer of Arthur Peterson, and David Hoover,

THE STATE OF COLORADO, in its capacity as a governmental entity and employer of the Jefferson County Auto Theft Task Force, and

JOHN DOES 1-10, whose names and identities and culpability in the instant matter are yet unknown, individually and in their capacity as governmental officers or employees; peace officers; and/or agents of the Jefferson County Sheriff's Office; the Lakewood Police Department; the City of Lakewood; the Jefferson County Auto Theft Task Force and/or the State of Colorado.

Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANT, STATE OF COLORADO, ONLY**

**Blackburn, J.**

The matter is before me on the **Plaintiff and Defendant The State of Colorado's Joint Motion For Dismissal of Defendant State of Colorado With Prejudice** [#64][1] filed January 15, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's claims against defendant State of Colorado should be dismissed with prejudice with each of those parties to pay its own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff and Defendant The State of Colorado's Joint Motion For Dismissal of Defendant State of Colorado With Prejudice** [#64] filed January 15, 2013, is **GRANTED**;

2. That the plaintiff's claims against defendant State of Colorado are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs;

3. That the **Memorandum** [#55] referring **Defendant State of Colorado's Motion To Dismiss Amended Complaint Pursuant To FRCP 12(B)(1) and 12(B)(6)** is **WITHDRAWN**;

---

[1] "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That **Defendant State of Colorado's Motion To Dismiss Amended Complaint Pursuant To FRCP 12(B)(1) and 12(B)(6)** [#54] filed December 26, 2012, is **DENIED** as moot; and

5.  That defendant State of Colorado is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated January 15, 2013, at Denver, Colorado.

                                **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge