**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02523-REB-CBS

BRITTANY THURMAN,

    Plaintiff,

v.

DEPUTY ARTHUR PETERSON, individually and in his capacity as a paid peace officer and as an Employee and/or agent of the Jefferson County Sheriff's Office, Jefferson County, and the Jefferson County Auto Theft Task Force,

SERGEANT DAVID HOOVER, individually and in his capacity as a paid peace officer and as an Employee and/or agent of the Jefferson County Sheriff's Office, Jefferson County, and the Jefferson County Auto Theft Task Force,

JEFFERSON COUNTY SHERIFF'S OFFICE, in its capacity as the Employer of Deputy Arthur Peterson, as an agent and/or independent contractor for Jefferson County and/or as an agent, independent contractor/or employer of the Jefferson County Auto Theft Task Force,

JEFFERSON COUNTY in its capacity as the employer of Deputy Arthur Peterson, as a governmental entity, and/or as an agent, independent contractor or employer of the Jefferson County Auto Theft Task Force,

LAKEWOOD POLICE DEPARTMENT, in its capacity as the employer of Sergeant David Hoover, and as an agent and/or independent contractor or the City of Lakewood and the Jefferson County Auto Theft Task Force,

CITY OF LAKEWOOD, in its capacity as the employer of Sergeant David Hoover, as a governmental entity and as an agent/or employer of the Jefferson County Auto Theft Task Force,

JEFFERSON COUNTY AUTO THEFT TASK FORCE, in its capacity as a governmental entity and as the employer of Arthur Peterson, and David Hoover, and

JOHN DOES 1-10, whose names and identities and culpability in the instant matter are yet unknown, individually and in their capacity as governmental officers or employees; peace officers; and/or agents of the Jefferson County Sheriff's Office; the Lakewood Police Department; the City of Lakewood; the Jefferson County Auto Theft Task Force and/or the State of Colorado.

    Defendants.

## ORDER DISMISSING PARTIES

**Blackburn, J.**

The matter before me is the **Plaintiff and Defendants Lakewood Police Department, City of Lakewood, Sgt. David Hoover, Jefferson County Sheriff's Office, and Jefferson County Auto Theft Task Force's Joint Motion for Dismissal of Said Defendants With Prejudice** [#68] filed January 24, 2013. After careful review of the motion and the file, I conclude that the motion should be approved and that the plaintiff's claims against defendants Lakewood Police Department, City of Lakewood, Sergeant David Hoover, Jefferson County Sheriff's Office, and Jefferson County Auto Theft Task Force should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff and Defendants Lakewood Police Department, City of Lakewood, Sgt. David Hoover, Jefferson County Sheriff's Office, and Jefferson County Auto Theft Task Force's Joint Motion for Dismissal of Said Defendants With Prejudice** [#68] filed January 24, 2013, is **GRANTED**;

2. That plaintiff's claims against defendants Lakewood Police Department, City of Lakewood, Sergeant David Hoover, Jefferson County Sheriff's Office, and Jefferson County Auto Theft Task Force are **DISMISSED WITH PREJUDICE**, with the parties to bear their attorney fees and costs; and

3. That defendants Lakewood Police Department, City of Lakewood, Sergeant David Hoover, Jefferson County Sheriff's Office, and Jefferson County Auto Theft Task Force are **DROPPED** as parties to this action, and the caption shall be amended accordingly.

Dated January 25, 2013, at Denver, Colorado.

**BY THE COURT**:

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge