**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02523-REB-CBS

BRITTANY THURMAN,

    Plaintiff,

v.

DEPUTY ARTHUR PETERSON, individually and in his capacity as a paid peace officer and as an Employee and/or agent of the Jefferson County Sheriff's Office, Jefferson County, and the Jefferson County Auto Theft Task Force,

JEFFERSON COUNTY in its capacity as the employer of Deputy Arthur Peterson, as a governmental entity, and/or as an agent, independent contractor or employer of the Jefferson County Auto Theft Task Force,

JOHN DOES 1-10, whose names and identities and culpability in the instant matter are yet unknown, individually and in their capacity as governmental officers or employees; peace officers; and/or agents of the Jefferson County Sheriff's Office; the Lakewood Police Department; the City of Lakewood; the Jefferson County Auto Theft Task Force and/or the State of Colorado.

    Defendants.

## ORDER DISMISSING DEFENDANT JEFFERSON COUNTY

**Blackburn, J.**

    The matter before me is the **Plaintiff and Defendant Jefferson County's Joint Motion For Dismissal of Jefferson County With Prejudice** [#69][1] filed January 25, 2013. After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant Jefferson County should be dismissed with prejudice.

---

[1] "[#69]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff and Defendant Jefferson County's Joint Motion For Dismissal of Jefferson County With Prejudice** [#69] filed January 25, 2013, is **GRANTED**;

2. That plaintiff's claims against defendant Jefferson County are **DISMISSED WITH PREJUDICE**, with the parties to bear their attorney fees and costs; and

3. That defendant Jefferson County is **DROPPED** as a party to this action, and the caption shall be amended accordingly.

Dated January 28, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge