**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02523-REB-CBS

BRITTANY THURMAN,

     Plaintiff,

v.

DEPUTY ARTHUR PETERSON, individually and in his capacity as a paid peace officer and as an Employee and/or agent of the Jefferson County Sheriff's Office, Jefferson County, and the Jefferson County Auto Theft Task Force,

JOHN DOES 1-10, whose names and identities and culpability in the instant matter are yet unknown, individually and in their capacity as governmental officers or employees; peace officers; and/or agents of the Jefferson County Sheriff's Office; the Lakewood Police Department; the City of Lakewood; the Jefferson County Auto Theft Task Force and/or the State of Colorado.

     Defendants.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Dismissal Pursuant To Fed. R. Civ. P. 41** [#79][1] filed March 1, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal Pursuant To Fed. R. Civ. P. 41** [#79] filed March 1, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and the Trial Preparation Conference set

---

[1] "[#79]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

for December 20, 2013, are **VACATED**;

      3. That the jury trial set to commence January 6, 2014, is **VACATED**;

      4. That any pending motion is **DENIED** as moot;

      5. That this action is **DISMISSED**;

      6. That the plaintiff and defendants **SHALL PAY** their own attorney fees; and

      7. That defendant Arthur Peterson is **AWARDED** his costs to be taxed by the clerk of the court under FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated March 4, 2013, at Denver, Colorado.

                                          **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge